# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 8/18/2017 |
| Case: 15–90182–CL | Form ID: pdfO1 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    Fanny Cherng    fanny@senecalawgroup.com
aty    Joseph R. Dunn    jrdunn@mintz.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    James Welling    c/o Joseph R. Dunn    Mintz Levin Cohn Ferris Glovsky & Popeo    3580 Carmel Mountain Rd. Ste. 300    San Diego, CA 92130

    TOTAL: 1